1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS A. GARZA, | ) | 1:12cv0140 LJO DLB |
| | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) | PROCEED IN FORMA PAUPERIS |
| | ) | (Document 1) |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, NA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

         Plaintiff Carlos A. Garza ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed

his complaint on January 30, 2012, along with a motion to proceed in forma pauperis pursuant to

28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without

prepayment of fees and is therefore GRANTED.


     IT IS SO ORDERED.

**Dated:    February 13, 2012**          _____ **/s/ Dennis L. Beck** _____
                                          UNITED STATES MAGISTRATE JUDGE