1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. GARZA, | ) 1:12cv0140 LJO DLB |
| | ) |
| | ) ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) PROCEED IN FORMA PAUPERIS |
| | ) (Document 1) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA, NA, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

    Plaintiff Carlos A. Garza ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed his complaint on January 30, 2012, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.


    IT IS SO ORDERED.

**Dated:**   **February 13, 2012**          _____ **/s/ Dennis L. Beck** _____
                                        UNITED STATES MAGISTRATE JUDGE